```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

United States of America

    v.                                          2:21-cr-209(1)

David Lashawn Robinson

## ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 48) that the defendant's guilty plea be accepted. The court accepts the defendant's plea of guilty to Counts 1, 3, and 4 of the information, and he is hereby adjudged guilty on those counts.

Date: February 11, 2022                    s\James L. Graham
                                                    James L. Graham
                                                    United States District Judge